**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SEARCH & SEIZURE WARRANT FOR PREMISES KNOWN AS 2712 WILDERNESS WAY, LAS VEGAS, NEVADA, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA,<br><br>　　　　　　　　　Defendant. | Case No. 2:10-mj-00682-NJK<br><br>**ORDER**<br><br>(Mtn to Unseal - Dkt. #4) |

　　　This matter is before the court on the government's Motion to Unseal (Dkt. #1). For reasons the court cannot discern this motion has been on file with no action or follow up since it was filed on November 2, 2010. The court has considered the Motion.

　　　On September 8, 2010, retired United States Magistrate Judge Robert J. Johnson authorized the issuance of a search warrant for the above-captioned premises. The government requests an order unsealing the government's application for the search and seizure warrant, the Affidavit (Dkt. #3) submitted in support of the search and seizure warrant, the Order (Dkt. #2) sealing the affidavit and application, and the search warrant return so that the government can produce these documents to the defense counsel in a related criminal proceeding.

　　　Having reviewed and considered the matter,

///

///

///

///

1     **IT IS ORDERED:** The Motion to Unseal (Dkt. #1) is GRANTED so that the search warrant, supporting affidavit, application to seal and return may be produced in discovery to defense counsel.

Dated this 23rd day of January, 2013,

NUNC PRO TUNC date November 10, 2010.

                                      PEGGY A. LEEN
                                      UNITED STATES MAGISTRATE JUDGE